FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOMINGO SOLIS BAZAN,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | No. 2:22-CV-00314-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

  Before the Court is the parties' Stipulation of Dismissal, ECF No. 5. The motion was considered without oral argument. Plaintiff is represented by Kathleen K. Kindred. Defendant is represented by John T. Drake.

  The parties state that they have settled all claims and request that the Court enter a final order dismissing all pending claims without prejudice and without attorneys' fees or costs to either party. The Court finds good cause to grant the motion.

//
//
//
//
//
//
//
//

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, ECF No. 5, is **GRANTED**.
2. The Court **DISMISSES** all pending claims and counterclaims **without prejudice** and **without attorneys' fees or costs** to either Party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 7th day of March 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**